RANDY TANNER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front, Suite 401
Missoula, MT   59802
Phone:   (406) 542-8851
FAX:   (406) 542-1476
E-mail:   randy.tanner@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 24- 4 -M- DWM |
|---|---|
| Plaintiff, | INFORMATION |
| vs. | TAMPERING WITH EVIDENCE (Count 1) Title 18 U.S.C. § 1512(c)(1) (Penalty: 20 years imprisonment, $250,000 fine, and not more than three years of supervised release) |
| OTHEL LEE PEARSON, Defendant. | FAILURE TO REPORT TAKING OF GRIZZLY BEAR (Count 2) Title 16 U.S.C. § 1538(a)(1)(G); 50 C.F.R. § 17.40(b)(1)(i)(B) (Penalty: 6 months imprisonment, $25,000 fine) |

1

| | **FORFEITURE**<br>**Title 16 U.S.C. § 1540(e)(4)(B)** |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

That on or about November 19, 2020, in Lincoln County, in the State and District of Montana, the defendant, OTHEL LEE PEARSON, corruptly altered, destroyed, mutilated, and concealed an object, and attempted to do so, with the intent to impair the object's integrity and availability for use in an official proceeding, specifically the criminal prosecution for the unlawful grizzly bear killing, all in violation of 18 U.S.C. § 1512(c)(1).

## COUNT 2

That on or about November 19, 2020, in Lincoln County, in the State and District of Montana, the defendant, OTHEL LEE PEARSON, after taking a grizzly bear *(Ursus arctos horribilis)*, a threatened species, the defendant, OTHEL LEE PEARSON, failed to report the taking of the grizzly bear in self-defense to the Resident Agent in Charge, Office of Law Enforcement, U.S. Fish and Wildlife Service, and his designee, including appropriate state and tribal authorities, within five (5) days, all in violation of 16 U.S.C. §§ 1538(a)(1)(G) and 1540(b)(1) and 50 C.F.R. § 17.40(b)(1)(i)(B).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in count 2 of this information, the defendant, OTHEL PEARSON, shall forfeit, pursuant to 16 U.S.C. § 1540(e)(4)(B) all guns used to aid the taking of the grizzly bear (*Ursus arctos horribilis*), a threatened species, in violation of said count.

DATED this 22nd day of January, 2024.

JESSE A. LASLOVICH
United States Attorney

RANDY TANNER
Assistant U.S. Attorney

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney