IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OTHEL LEE PEARSON,<br><br>Defendant. | CR 24–4–M–DWM<br><br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. Defendant Othel Lee Pearson has been adjudged guilty as charged in the amended information and has admitted to its forfeiture allegation. Pearson's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 16 U.S.C. § 1540(e)(4)(B).

Accordingly, IT IS ORDERED that the motion is GRANTED:

IT IS FURTHER ORDERED that Pearson's interest in the following property is forfeited to the United States in accordance with 16 U.S.C. § 1540(e)(4)(B):

- Winchester Model 70 Featherweight, bolt-action rifle, SN 349302, with Weaver K4 scope and wrapped in camouflaged tape.

IT IS FURTHER ORDERED that the United States Marshal's Service, the Fish and Wildlife Service, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 16 U.S.C. § 1540(e)(4)(B) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 26th day of February, 2024.

Donald W. Molloy, District Judge
United States District Court