IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OTHEL LEE PEARSON,<br><br>Defendant. | CR 24–4–M–DWM<br><br>ORDER |

THIS matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 30.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 16 U.S.C. § 1540(e)(4)(B).

2. A Preliminary Order of Forfeiture was entered on February 26, 2024. (Doc. 28.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 29.)

4. It appears there is cause to issue a forfeiture order under 16 U.S.C. §1540(e)(4)(B).

1

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 30) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 16 U.S.C. § 1540(e)(4)(B), free from the claims of any other party, the following property:

- Winchester Model 70 Featherweight, bolt-action rifle, SN 349302, with Weaver K4 scope and wrapped in camouflaged tape.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 7th day of May, 2024.

Donald W. Molloy, District Judge
United States District Court